—ORIGINAL—

REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KRISTEN WILSON, Personal
Representative of the Estate
of Jayson Mathew Withers,

       Plaintiffs,

v.

CHARLES FRATES,

       Defendant.

3:16-cv-1690-BR

VERDICT

We, the jury, find:

1. Did Plaintiff prove by a preponderance of the evidence that Defendant's use of deadly force against Jayson Withers was not justified and, therefore, constituted a battery against Jayson Withers resulting in his death?

       ____ Yes     _X_ No

*If your answer to Question 1 is "No," your verdict is for the Defendant. Do not answer any further questions. The Presiding Juror should date and sign the verdict form.*

*If your answer to Question 1 is "Yes," your verdict is for the Plaintiff. Proceed to Question 2.*

1 - VERDICT

2. What amount of compensatory damages did the Estate of Jayson Withers sustain as a result of Defendant's conduct?

Economic damages sustained by the Estate of Jayson Withers:

$_____
(The parties stipulate this amount is $10,842.09)

Non-economic damages sustained by Jayson Withers before he died:

$_____

Non-economic damages sustained by Kristen Wilson for her loss of Jayson Withers' society, companionship and affection:

$_____

Non-economic damages sustained by Jack Withers for his loss of Jayson Withers' society, companionship and affection:

$_____

*The Presiding Juror should date and sign this form.*

Dated this __7__ day of August, 2018.

Presiding Juror